# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | | |
|---|---|---|
| **MISSISSIPPI SILICON HOLDINGS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **1:18-CV-00231-SA-DAS** |
| | ) | |
| **AXIS INSURANCE COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

By this notice, Mississippi Silicon Holdings, LLC, Plaintiff in the above-styled case,

hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment

entered in this action on February 21, 2020.

Respectfully submitted this the 17th day of March, 2020.


*/s/ John M. Lassiter*

John M. Lassiter (MS Bar # 102235)
Joshua W. Stover (MS Bar # 105472)
Robert S.W. Given (*Pro Hac Vice*)
Attorneys for Plaintiff Mississippi Silicon Holdings, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 East Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
jlassiter@burr.com
jstover@burr.com
rgiven@burr.com

43157744 v1.doc

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by Notice of Electronic Filing

or, if the parties served do not participate in Notice of Electronic Filing, by U.S. First Class Mail,

hand delivery, fax or email on this, the 17th day of March, 2020:

Ron A. Yarbrough, Esq.
BRUNINI, GRANTHAM, GROWER & HEWES
P.O. Drawer 119
Jackson, MS 39205-0119
ryarbrough@brunini.com

Toni Scott Reed, Esq.
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, TX 75202
toni.reed@clarkhillstrasburger.com

*Attorneys for Defendant Axis Insurance Company*

/s/ John M. Lassiter
OF COUNSEL